DAVID L. ANDERSON (CABN 149604)
United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

CHRISTINA LIU (CABN 308362)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7199
    FAX: (415) 436-7234
    christina.liu@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR 19-604-2 RS |
|     Plaintiff, | STIPULATION AND ORDER TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT |
|     v. | |
| ANDREW QUINTERO, | |
|     Defendant. | |

    The parties appeared before this Court in the above-captioned matter on November 9, 2020 for a status conference. Dkt. No. 106 (Min. Entry). The Court scheduled the next hearing in this case for January 13, 2021, *id.*, and subsequently continued it to February 8, 2021, Dkt. No. 112 (Min. Entry).

    The parties stipulate and agree that the United States has produced discovery materials and an opportunity for case resolution to defense counsel, who is in the process of reviewing both with defendant Andrew Quintero.

    Thus, the parties stipulate and agree that it would be appropriate to exclude the time from January 13, 2021 through February 8, 2021 under the Speedy Trial Act, to allow for effective preparation of counsel, taking into account the exercise of due diligence. *See* 18 U.S.C. §§ 3161(h)(7)(A), (B)(iv). The parties further stipulate and agree that the ends of justice served by

STIP. AND [PROP.] ORDER TO EXCL. TIME
CR 19-604-2 RS                                       1

excluding the time from January 13, 2021 through February 8, 2021 from computation under the Speedy Trial Act outweigh the best interests of the public and defendant in the prompt resolution of this case. *See id.*

The undersigned Assistant United States Attorney certifies that she has obtained approval from counsel for defendant to file this stipulation and proposed order.

IT IS SO STIPULATED.

DATED: November 13, 2020     /s/ Christina Liu_____
CHRISTINA LIU
Assistant United States Attorney

DATED: November 13, 2020     /s/ with permission_____
ADAM G. GASNER
Attorney for Defendant Andrew Quintero

### ORDER

Based upon the representations of counsel and for good cause shown, the Court finds that failing to exclude the time from January 13, 2021 through February 8, 2021 would unreasonably deny defense counsel and defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. *See* 18 U.S.C. §§ 3161(h)(7)(A), (B)(iv).

The Court further finds that the ends of justice served by excluding the time from January 13, 2021 through February 8, 2021 from computation under the Speedy Trial Act outweigh the best interests of the public and defendant in a speedy trial. *See* § 3161(h)(7)(A).

Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that the time from January 13, 2021 through February 8, 2021 shall be excluded from computation under the Speedy Trial Act. *See id.*

**IT IS SO ORDERED** this __13th____ day of November 2020.

_____
THE HONORABLE RICHARD SEEBORG
United States District Judge