1  DAVID L. ANDERSON (CABN 149604)
   United States Attorney
2
   HALLIE HOFFMAN (CABN 210020)
3  Chief, Criminal Division

4  CHRISTINA LIU (CABN 308362)
   Assistant United States Attorney
5
        450 Golden Gate Avenue, Box 36055
6       San Francisco, California 94102-3495
        Telephone: (415) 436-7199
7       FAX: (415) 436-7234
        christina.liu@usdoj.gov
8
   Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR 19-604-2 RS |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE HEARING AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT |
| v. | |
| ANDREW QUINTERO, | |
| Defendant. | |

The parties appeared before this Court in the above-captioned matter on November 9, 2020 for a status conference. Dkt. No. 106 (Min. Entry). The Court scheduled the next hearing in this case for January 13, 2021, *id.*, and subsequently continued it to February 8, 2021, at 1:00 p.m. Dkt. No. 112 (Min. Entry).

The parties stipulate and agree that the United States has produced discovery materials and an opportunity for case resolution to defense counsel. The parties have also received a pre-plea, criminal history only, pre-sentence investigation report from Probation addressing defendant Andrew Quintero's criminal history. Defense counsel requires more time to review defendant's criminal history records, the discovery materials, and the potential next steps in this case with defendant.

As a result, the parties stipulate and request that the February 8, 2021 hearing be continued to

1  April 26, 2021 at 1:00 p.m.

2  The parties also stipulate and agree it would be appropriate to exclude the time from February 8, 2021 through April 26, 2021 under the Speedy Trial Act, to allow for effective preparation of counsel, taking into account the exercise of due diligence.  *See* 18 U.S.C. §§ 3161(h)(7)(A), (B)(iv).  The parties further stipulate and agree that the ends of justice served by excluding the time from February 8, 2021 through April 26, 2021 from computation under the Speedy Trial Act outweigh the best interests of the public and defendant in the prompt resolution of this case.  *See id.*

The undersigned Assistant United States Attorney certifies that she has obtained approval from counsel for defendant to file this stipulation and proposed order.

IT IS SO STIPULATED.

DATED: January 27, 2021                     */s/  Christina Liu*
                                            CHRISTINA LIU
                                            Assistant United States Attorney

DATED: January 27, 2021                     */s/ with permission*
                                            ADAM G. GASNER
                                            Attorney for Defendant Andrew Quintero

STIP. AND [PROP.] ORDER TO CONT. HR'G AND TO EXCL. TIME
CR 19-604-2 RS                              2

## **ORDER**

Based upon the representations of counsel and for good cause shown, the Court finds that failing to exclude the time from February 8, 2021 through April 26, 2021 would unreasonably deny defense counsel and defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. *See* 18 U.S.C. §§ 3161(h)(7)(A), (B)(iv).

The Court further finds that the ends of justice served by excluding the time from February 8, 2021 through April 26, 2021 from computation under the Speedy Trial Act outweigh the best interests of the public and defendant in a speedy trial. *See* § 3161(h)(7)(A).

Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that the time from February 8, 2021 through April 26, 2021 shall be excluded from computation under the Speedy Trial Act. *See id.*

Furthermore, IT IS HEREBY ORDERED that the hearing set for February 8, 2021 at 1:00 p.m. is continued to April 26, 2021 at 1:00 p.m.

**IT IS SO ORDERED** this __27th__ day of __January__, 2021.

_____
THE HONORABLE RICHARD SEEBORG
United States District Judge