1  STEPHANIE M. HINDS (CABN 154284)
   Acting United States Attorney
2
   HALLIE HOFFMAN (CABN 210020)
3  Chief, Criminal Division

4  CHRISTINA LIU (CABN 308362)
   Assistant United States Attorney
5
        450 Golden Gate Avenue, Box 36055
6       San Francisco, California 94102-3495
        Telephone: (415) 436-7199
7       FAX: (415) 436-7234
        christina.liu@usdoj.gov
8
   Attorneys for United States of America
9
                   UNITED STATES DISTRICT COURT
10
                  NORTHERN DISTRICT OF CALIFORNIA
11
                       SAN FRANCISCO DIVISION
12

13 | UNITED STATES OF AMERICA,              ) NO. CR 19-604-2 RS
                                            )
14 |     Plaintiff,                         ) STIPULATION AND ORDER TO CONTINUE
                                            ) HEARING AND TO EXCLUDE TIME UNDER
15 |  v.                                    ) THE SPEEDY TRIAL ACT
                                            )
16 | ANDREW QUINTERO,                       )
                                            )
17 |     Defendant.                         )
                                            )
18

19       The parties appeared before this Court in the above-captioned matter on November 9, 2020 for a

20 status conference. Dkt. No. 106 (Min. Entry). The Court scheduled the next hearing in this case for

21 January 13, 2021, *id.*, and subsequently continued the hearing to April 26, 2021, at 1:00 p.m. Dkt. No.

22 112 (Order).

23       The parties stipulate and agree that the United States has produced discovery materials and an

24 opportunity for case resolution to defense counsel. Defense counsel requires more time to review the

25 case materials and the potential next steps in this case with defendant.

26       Thus, the parties stipulate and request that the April 26, 2021 hearing be continued to June 14,

27 2021 at 1:00 p.m.

28       The parties also stipulate and agree it would be appropriate to exclude the time from April 26,

STIP. AND [PROP.] ORDER TO CONT. HR'G AND TO EXCL. TIME
CR 19-604-2 RS                                    1

2021 through June 14, 2021 under the Speedy Trial Act, to allow for effective preparation of counsel, taking into account the exercise of due diligence. *See* 18 U.S.C. §§ 3161(h)(7)(A), (B)(iv). The parties further stipulate and agree that the ends of justice served by excluding the time from April 26, 2021 through June 14, 2021 from computation under the Speedy Trial Act outweigh the best interests of the public and defendant in the prompt resolution of this case. *See id.*

The undersigned Assistant United States Attorney certifies that she has obtained approval from counsel for defendant to file this stipulation and proposed order.

IT IS SO STIPULATED.

DATED: April 21, 2021                     /s/ Christina Liu
                                          CHRISTINA LIU
                                          Assistant United States Attorney

DATED: April 21, 2021                     /s/ with permission
                                          ADAM G. GASNER
                                          Attorney for Defendant Andrew Quintero

**ORDER**

Based upon the representations of counsel and for good cause shown, the Court finds that failing to exclude the time from April 26, 2021 through June 14, 2021 would unreasonably deny defense counsel and defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. *See* 18 U.S.C. §§ 3161(h)(7)(A), (B)(iv).

The Court further finds that the ends of justice served by excluding the time from April 26, 2021 through June 14, 2021 from computation under the Speedy Trial Act outweigh the best interests of the public and defendant in a speedy trial. *See* § 3161(h)(7)(A).

Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that the time from April 26, 2021 through June 14, 2021 shall be excluded from computation under the Speedy Trial Act. *See id*.

Furthermore, IT IS HEREBY ORDERED that the hearing set for April 26, 2021 at 1:00 p.m. is continued to June 14, 2021 at 1:00 p.m.

**IT IS SO ORDERED** this __21st__ day of __April__, 2021.

_____
THE HONORABLE RICHARD SEEBORG
Chief United States District Judge